**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1314**

In re:  MYKAL S. RYAN,

                    Debtor,

-----------------------------------

DAVID R. RUBY,

                    Plaintiff – Appellee,

KELLY M. BARNHART,

                    Party-in-Interest – Appellee,

          v.

MYKAL S. RYAN,

                    Debtor – Appellant,

          and

HELEN E. RYAN,

                    Defendant.

          and

UNITED STATES TRUSTEE,

                    Trustee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:13-cv-00069-MSD-TEM)

Submitted:  August 28, 2014          Decided:  September 2, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mykal S. Ryan, Appellant Pro Se.  Kelly M. Barnhart, ROUSSOS LASSITER GLANZER & BARNHART, PLC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mykal S. Ryan appeals the district court's order affirming the bankruptcy court's order granting Ryan's request for leave to file certain motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ruby v. Ryan</u>, No. 4:13-cv-00069-MSD-TEM (E.D. Va. Mar. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>